IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20404
Summary Calendar

_____


G.A. WILLIS,

                                        Plaintiff-Appellant,

                        versus

THE ATCHISON, TOPEKA AND
SANTA FE RAILWAY COMPANY,
also known as Burlington Northern
Santa Fe,

                                        Defendant-Appellee.


Appeal from the United States District Court for
the Southern District of Texas, Houston
(USDC No. H-97-CV-3946)
_____
December 15, 2000


Before REAVLEY, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:*

    *Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Gregory A. Willis appeals from summary judgment upholding a National Railway Adjustment Board arbitral award. We affirm the judgment of the district court for the following reasons: (1) the board complied with all requirements of the Railway Labor Act; (2) it acted within the scope of its jurisdiction; and (3) there is no evidence of fraud or corruption. Our review is limited to these grounds. <u>See</u> 45 U.S.C. § 153 First (q); <u>Union Pacific R.R. Co. v. Sheehan</u>, 439 U.S. 89, 93 (1978).

AFFIRMED.